NORBERT ARDELLI et al., Plaintiffs, and EOLA G. NORRIS et al., Respondents, v. COSMOPOLITAN TOURIST CO., INC., et al., Appellants, et al., Defendants.— Judgment in favor of plaintiffs-respondents, Eola Galli Norris, Albert A. Norris and Max Chikoff, unanimously affirmed, with one bill of costs to said respondents. Judgment in favor of plaintiff-respondent Lillian Frankel unanimously reversed, the action severed and a new trial ordered as to said plaintiff, with costs to the appellants to abide the event, unless said plaintiff stipulates to reduce the judgment as entered in her favor to the sum of $7,500, in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

MARGARET GRIFFIN, as Administratrix of the Estate of WILLIAM P. GRIFFIN, Deceased, Respondent-Appellant, v. CITY OF NEW YORK, Appellant, and NEW YORK CENTRAL RAILROAD COMPANY et al., Respondents.— Judgment and order unanimously affirmed, with costs to the plaintiff-respondent against defendant-appellant the City of New York. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

YVONNE S. KNOX, Respondent, v. GORDON KNOX, Appellant.— Giving the allegations of the complaint their broad intendment, sufficient facts are alleged to constitute a cause of action. Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 782.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HANOVER CORPORATION, Respondent, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Appellants. [343–361 4th Ave., Borough of Manhattan.] — Order unanimously modified by reinstating the assessments in all respects except that the values for the year 1945–46 are fixed as follows: land, $605,000; building, $745,000; total, $1,350,000. As so modified the order is affirmed, with $20 costs and disbursements to the appellants. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

### (June 2, 1948.)

CORINNE C. WATERMAN v. JORDY & COMPANY, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.